IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., | § § § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. H-08-3287 |
| STENA DRILLING LIMITED, *et al.*, | § § § § | |
| Defendants. | § § | |

## ORDER

The plaintiff, Transocean Offshore Deepwater Drilling, Inc., moved on January 4, 2011 for this court to reinstate this patent action and set a scheduling conference. (Docket Entry No. 35). The motion was filed one day after the defendants moved to dismiss based on the plaintiff's failure to seek reinstatement within 14 days after the Federal Circuit ruled in a related case. (Docket Entry No. 34). That deadline, set by the stay order and stipulated agreement entered on August 10, 2009, expired on December 21, 2010. In response to the motion to reinstate, the defendants filed an objection, pointing out that the motion to reinstate did not address the motion to dismiss or explain the delay in seeking reinstatement. The response also pointed out that the related case has been remanded and that the stay in this case should be extended to permit the related case to proceed to resolution.

No later than **February 4, 2011**, counsel for the plaintiff must respond to the objection to the motion to reinstate. A status conference is set for **February 10, 2011, at 8:30 a.m.**, in Courtroom 11-B.

SIGNED on January 18, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge