**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| TRANSOCEAN OFFSHORE | § | |
| DEEPWATER DRILLING, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-3287 |
| | § | |
| STENA DRILLING LIMITED, | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER STAYING AND ADMINISTRATIVELY
CLOSING CASE**

Defendants Stena Drilling Limited, Stena DrillMax Limited, Stena DrillMax I Limited, Stena DrillMax I (Hungary) Kft, and Stena DrillMax III Limited (collectively, "the Stena Defendants") have jointly moved for an administrative stay of the above-captioned case pending the appeal in *Transocean Offshore Deepwater Drilling Inc. v. Maersk Contractors USA, Inc.*, No. H-07-02392 (S.D. Tex.) ("the appeal"). Plaintiff Transocean Offshore Deepwater Drilling Inc. opposed the stay.

The court finds that the issues in the *Maersk* case and this case are closely interrelated, making it both difficult and inefficient for this court and the parties to proceed with this case while the *Maersk* appeal is pending. This court also finds that there is no business or commercial reason weighing against a stay while the appeal in the *Maersk* case is decided. Accordingly, this case is stayed and administratively closed pending the *Maersk* appeal.

Within 14 days of the issuance of a mandate in the appeal, Transocean must file any request

to reinstate the above-captioned case. The Scheduling Order (Docket Entry No. 48) entered June 6, 2011, is vacated.

        SIGNED on September 22, 2011, at Houston, Texas.

                                    Lee H. Rosenthal
                                  United States District Judge