IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-08-3287 |
| STENA DRILLING LIMITED, *et al.*, | § § § § | |
| Defendants. | § | |

### ORDER FOR SCHEDULING CONFERENCE

The court grants the joint motion for a status conference, (Docket Entry No. 54), and sets a conference for **December 5, 2012**, at 9:30 a.m. in Courtroom 11-B.

SIGNED on November 20, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge