# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., | § § § § |
| Plaintiff, | § § |
| v. | §   CIVIL ACTION NO. H-08-3287 |
| STENA DRILLING LIMITED, *et al.*, | § § § § |
| Defendants. | § |

## ORDER

This court resets the joint pretrial order deadline of March 7, 2014 and the docket call setting for March 14, 2014. The joint pretrial order filing deadline is now May 5, 2014. Docket call is reset to **May 12, 2014, at 5:00 p.m.**

SIGNED on February 24, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge